ACCEPTED
03-13-00459-CR
6326716
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 11:39:11 AM
JEFFREY D. KYLE
CLERK

# TRACY D. CLUCK
## ATTORNEY AT LAW

Post Office Box 855
Dripping Springs, Texas 78620

Telephone (512) 264-9997

Toll Free (866) 380-9997

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 11:39:11 AM
JEFFREY D. KYLE
Clerk

August 3, 2015

Third Court of Appeals
P. O. Box 12547
Austin, TX 78711

Re:  *Alexander Dolan Davis v. The State of Texas*; No. 03-13-00459-CR;
In The Third Court of Appeals—Austin

To The Honorable Court,

This letter certifies that I have, on July 20, 2015, forwarded a copy of the opinion and judgment, along with notification of appellant's right to file a pro se petition for discretionary review under Rule 68, to Appellant, Alexander Dolan Davis, by certified mail, return-receipt requested, to his last known address (Per TDCJ website 7/20/2015).

Attached hereto you will find a copy of the letter sent to Appellant, and a certified mail receipt, in compliance with Rule 48.4 (return receipt not yet received).

Please let me know if the court requires anything further in this regard.

Respectfully submitted,

Tracy D. Cluck
Attorney for Appellant
Alexander Dolan Davis

Enclosure



# TRACY D. CLUCK
### ATTORNEY AT LAW

Telephone (512) 264-9997

Post Office Box 855
Dripping Springs, Texas 78620

Toll Free (866) 380-9997

July 20, 2015

Alexander Dolan Davis, TDC #01867923
Dolph Briscoe Unit—TDCJ-ID
1459 West Hwy. 85
Dilley, TX 78017

      Re:    *Alexander Dolan Davis v. The State of Texas*; 03-13-00459-CR; In The
            Court of Appeals for the Third District of Texas—Austin

Dear Mr. Davis,

Enclosed you will find a copy of the judgment and memorandum opinion of the Third Court of Appeals at Austin affirming the revocation of your probation in the second of your two cases. I am sorry that the decision of the appellate court is not favorable for you.

My appointment does not include filing a petition for discretionary review with the Texas Court of Criminal Appeals to appeal the decision of the Third Court of Appeals. You have a right to file a petition for discretionary review with the Texas Court of Criminal Appeals under Rule 68 of the Texas Rules of Appellate Procedure (the Texas Rules of Appellate Procedure, which sets out the rules for filing a petition for discretionary review with the Court of Criminal Appeals, should be available to you in the prison law library). The address for the Texas Court of Criminal Appeals is P. O. Box 12308, Austin, Texas 78711. If you desire to do this you will need to either hire an attorney to do this for you or do this yourself (this is called pro se). This must be done within thirty days of the date of the Court of Appeals judgment. However, you may request a sixty-day extension, which is usually granted (a first extension is generally routinely granted by the Court). Unlike your initial appeal to the Court of Appeals, the Texas Court of Criminal Appeals, which is the highest appellate court for criminal matters in the state, is not required to accept your appeal.

There may be issues in your case that you can raise by a writ of habeas corpus. I am not appointed to do a writ for you and you are not entitled to an appointed lawyer for a writ. You will need to hire a lawyer to help you with a writ or pursue it yourself.

I have enclosed a CD with the Reporter's Record and Clerk's Record that were filed in your appeals (this is the format that was provided to me). You may obtain a paper copy of your appellate record from the Burnet County District Clerk, 1701 E. Polk, Suite 90, Burnet, TX 78611-2757.

Please let me know if you have any questions or if I can be of any assistance.

With kindest regards,

Tracy D. Cluck

U.S. Mail, CMRRR # 7012 1010 0000 6556 3623

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

DILLEY TX 78017   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| | | $0.00 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | N/A |
| | | N/A |
| | | $1.64 |
| Total Postage & Fees | $ | $7.89 |

0620
05   Postmark Here

07/20/2015

Sent To  ALEXANDER DAVES #01867923

Street, Apt. No.; or PO Box No.  1459 W. Hwy 85

City, State, ZIP+4  DILLEY, TX 78017

PS Form 3800, August 2006          See Reverse for Instructions

7012 1010 0000 6556 3623